

68-29 Main Street, Flushing,

New York 11367 Tel.: +1

(917) 437-3737

Email: mcohen@ealg.law

**VIA ECF**
Hon. Gary R. Brown
United States District Court Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza, Courtroom 940
Central Islip, New York 11722-9014

October 16, 2025

RE: **Wee-Ellis v. Banshee One Corp. DOCKET NO. 2:25-cv-1699**

Dear Judge Brown:

The undersigned represents Plaintiff, Melchion Wee-Ellis, in the above-referenced matter. Pursuant to the Court's Order dated October 14, 2025, Plaintiff respectfully submits this status report.

Counsel sincerely apologizes to the Court for the failure to appear at the October 14, 2025 initial conference and for the lack of communication regarding the case status. The nonappearance and failure to timely notify the Court resulted from a clerical oversight and Plaintiff's counsel's observance of a Jewish holiday. We regret any inconvenience caused to the Court and opposing counsel.

The parties reached a settlement in principle on October 9, 2025, prior to the scheduled initial conference. Due to the clerical error, a formal notice of settlement was not filed before the conference date. The parties are now in the process of finalizing the settlement agreement and anticipate filing a Stipulation of Dismissal with Prejudice within sixty (60) days.

1

Accordingly, Plaintiff respectfully requests that the Court adjourn all deadlines *sine die* to allow the parties to complete the settlement documentation.

We thank the Court for its time and understanding.

Respectfully,

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ *Michael H. Cohen***

By:  Michael H. Cohen, Esq.
68-29 Main Street
Flushing, NY 11367
Tel: 718-715-1646
Email: mcohen@ealg.law

2