UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

MELCHION WEE-ELLIS, on behalf of         :    Case no. 2:25-cv-1699
himself and all others similarly situated,     :
                                                              :
                    Plaintiffs,                         :
                                                              :    **STIPULATION OF DISMISSAL**
          v.                                            :    **WITH PREJUDICE**
                                                              :
Banshee One Corp.,                              :
                                                              :
                    Defendant.                       :
                                                              :
                                                              :
-------------------------------------------------------------- x

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to the above

captioned action, through their undersigned counsel, that the above-captioned action is dismissed

with prejudice as to all claims, causes of action, and parties, in accordance with Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its

own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.


      Dated: December 1, 2025


EQUAL ACCESS LAW GROUP, PLLC        KEEGAN, KEEGAN, ROSS & ROSNER LLP
*Attorneys for Plaintiff*                           *Attorneys for Defendant*

**/s/ Michael H. Cohen**                             /s/
By: Michael H. Cohen, Esq.                 By: CHRISTOPHER ROSS, Esq.
68-29 Main Street,                             178 E. Main Street,
Flushing, NY 11367                         Patchogue, NY 11772
Tel: (718)-715-1646                         T: (631) 475-9400
Email: mcohen@ealg.law              Email: Chris.ross@keeganlawyers.com